remand to the Court of Criminal Appeals for a new review and consideration of the aforementioned issue under Article 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c)(2006). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0003/AF. U.S. v. Allen K. Hohenstein. CCA 37965. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0096/AF. U.S. v. Travis W. Price. CCA 38045. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0119/AF. U.S. v. Charles W. Paul. CCA S32025. Review granted on the following issue:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED WHEN IT TOOK JUDICIAL NOTICE OF AN ELEMENT OF A CHARGE IN VIOLATION OF *GARNER v. LOUISIANA*, 368 U.S. 157 (1961) AND MILITARY RULE OF EVIDENCE (MRE) 201(c).

Briefs will be filed under Rule 25.

